

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00684-CV

**IN THE INTEREST OF J.A.J.** and M.L.W., Children

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00640
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment signed on September 25, 2014, is REVERSED and the case is REMANDED for a new trial.

SIGNED December 31, 2014.

_____
Luz Elena D. Chapa, Justice